FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAR 26  PM 2:3

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

M. MILES GOLDSMITH M.D. and WALTER ）
B. MURPHY III, ）
 ）
    Plaintiffs, ）
 ）
 ）
v. ）    CASE NO. CV413-029
 ）
 ）
RISON MANAGEMENT SERVICES, L.P.; ）
ROBIN DEANNE RIDDLE; and WILLIAM W. ）
RIDDLE, Jr.; ）
 ）
    Defendants. ）
 ）

## O R D E R

Before the Court is Plaintiffs M. Miles Goldsmith and Walter B. Murphy III's Notice of Dismissal With Prejudice. (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants Rison Management Services, L.P., Robin Deanne Riddle, and William W. Riddle, Jr. have not filed either an answer or a motion for summary judgment in this case, Plaintiffs' request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. As a result, Plaintiffs Motion for Temporary Restraining Order (Doc. 5) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26ᵗʰ day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA